UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY MCMASTERS,<br><br>           Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>           Defendant. | Case No. SACV 14-01683-JEM<br><br>**JUDGMENT** |

    In accordance with the Memorandum Opinion and Order Affirming Decision of the Commissioner of Social Security filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: September 30, 2015

                                                        */s/ John E. McDermott*
                                                       JOHN E. MCDERMOTT
                                      UNITED STATES MAGISTRATE JUDGE